# Exhibit A

| 1/18/2018 | Spivak Lipton LLP | |
|---|---|---|
| 11:11 AM | Attorney Hours Report | Page 1 |

## Selection Criteria

| | |
|---|---|
| Time.Selection | Include: Time |
| Clie.Selection | Include: 237 Union.Exterminators |

| Title | Amount | % Total | Time | % Total |
|---|---:|---:|---:|---:|
| **CM** | | | | |
|     Total: Slip Value | $653.25 | 0.98% | 3.35 | 1.71% |
| **HP** | | | | |
|     Total: Slip Value | $43293.25 | 64.91% | 95.15 | 48.48% |
| **JP** | | | | |
|     Total: Slip Value | $1125.00 | 1.69% | 11.25 | 5.73% |
| **LM** | | | | |
|     Total: Slip Value | $21625.00 | 32.42% | 86.50 | 44.08% |
| **Grand Total** | | | | |
|     Total: Slip Value | $66696.50 | 100.00% | 196.25 | 100.00% |

## Attorney Summary

| Attorney | Rate | Hours | Charges | Slip Value | Adjustment |
|---|---:|---:|---:|---:|---:|
| HP | $455.00 | 95.15 | $43,293.25 | $43,293.25 | $0.00 |
| LM | $250.00 | 86.50 | $21,625.00 | $21,625.00 | $0.00 |
| CM | $195.00 | 3.35 | $653.25 | $653.25 | $0.00 |
| JP | $100.00 | 11.25 | $1,125.00 | $1,125.00 | $0.00 |

| 1/18/2018 | Spivak Lipton LLP | | |
|---|---|---|---|
| 11:12 AM | Disb. Summary Listing (All slips) (Copy) | | Page   1 |

| Title | Amount | % Total | Time | % Total |
|---|---|---|---|---|
| **Client: 237 Union.Exterminators** | | | | |
| Pacer Service | | | | |
|     Costs: Slip Value | $25.50 | 17.29% | | |
| Photocopies | | | | |
|     Costs: Slip Value | $2.20 | 1.49% | | |
| Printing | | | | |
|     Costs: Slip Value | $7.00 | 4.75% | | |
| Secretarial OT | | | | |
|     Costs: Slip Value | $62.40 | 42.30% | | |
| Taxi | | | | |
|     Costs: Slip Value | $26.15 | 17.73% | | |
| United Parcel | | | | |
|     Costs: Slip Value | $24.27 | 16.45% | | |
| Total: 237 Union.Exterminators | | | | |
|     Costs: Slip Value | $147.52 | 100.00% | | |
| Grand Total | | | | |
|     Costs: Slip Value | $147.52 | 100.00% | | |