IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER JOHNSTON et al., ) | |
| ) | |
| Plaintiffs, ) | Case No: 1:16-cv-9924-JGK |
| ) | |
| v. ) | |
| ) | USDC SDNY |
| ) | DOCUMENT |
| NEW YORK CITY HOUSING ) | ELECTRONICALLY FILED |
| AUTHORITY, ) | DOC# _____ |
| ) | DATE FILED: 1-19-18 |
| Defendant. ) | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case having come before the Court upon the joint request of Plaintiffs and Defendant, the Court having been advised of and considered the Settlement Agreement dated December 22, 2017, entered into by and among Plaintiffs and Defendant that has resulted from arm's length settlement negotiations, and upon the joint application of Plaintiffs and Defendant, by their Attorneys, seeking review and approval by the Court thereof, and based on the entire record, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court approves and adopts the terms of the Settlement Agreement entered into between the parties to the instant action. Recognizing that there has been, and there is no admission of liability by Defendant, same being expressly denied, the Settlement Agreement reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties, and is in accordance with law.

2. Consistent with the Settlement Agreement, this action is hereby dismissed with prejudice. The Court will retain jurisdiction over the parties to the Agreement for the purpose of

interpretation and compliance with the Agreement and this Agreed Order of Dismissal with Prejudice.

So ORDERED this 19 day of January, 2018.

John G. Koeltl
United States District Judge

2